```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0293--CV (JKS)
               "LINDA TELLSWORTH ET AL V USA ET AL"

      Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
      Referral Rule:  ltd 5
              Filed: 09/28/00
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 09/28/00 receipt # 00112905
           Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1           TELLSWORTH, LINDA               George M. Kapolchok
                                                  Kapolchok Law Offices
                                                  360 K Street, Suite 100
                                                  Anchorage, AK 99501
                                                  907-278-8850

PLF 2.1           TELLSWORTH, KYLE, ESTATE OF     George M. Kapolchok
                                                  (see above)

DEF 1.1           UNITED STATES OF AMERICA        Richard L. Pomeroy
                                                  U.S. Attorney's Office
                                                  222 W. 7th Avenue, #9
                                                  Anchorage, AK 99513-7567
                                                  907-271-5071

3PP 1.1                                           Richard L. Pomeroy
                                                  (see above)

3DF 1.1           DAGUE, MICHELLE                 Peter J. Maassen
                                                  Ingaldson Maassen
                                                  813 W. 3rd Avenue
                                                  Anchorage, AK 99501-2001
                                                  907-258-8750
                                                  FAX 907-258-8751

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0293--CV (JKS)
                        "LINDA TELLSWORTH ET AL V USA ET AL"

                                 For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  ltd 5
             Filed: 09/28/00
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/28/00 receipt # 00112905
          Trial by:


Document #   Filed      Docket text

     1 -  1  09/28/00   Complaint filed; Summons issued to USA c/o R. Bundy.

  NOTE -  1  10/02/00   Issued: summons to USA c/o AG.

     2 -  1  10/06/00   PLF 1-2 Return of Service Executed on 10/03/00 via cert mail re: def 1
                        [R. Bundy].

     3 -  1  10/30/00   PLF 1-2 Return of Service (aff of svc) Executed 10/10/00 on DEF 1
                        through Atty Gen of the Dept of Justice.

     4 -  1  12/04/00   DEF 1 Answer to Complaint.

     5 -  1  12/05/00   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

     6 -  1  12/26/00   PLF 1-2; DEF 1 Report of parties' meeting.

     7 -  1  12/29/00   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 06/18/01; Dispositive motions deadline 07/18/01. cc: cnsl

     8 -  1  02/05/01   PLF 1-2 Witness List.

  NOTE -  2  02/20/01   Issued: summons on Michelle Dague.

     9 -  1  02/20/01   3PP 1 Complaint (Third-party).

    10 -  1  02/23/01   3PP 1 Return of Service Executed re: 3DF-1 on 2/21/01.

    11 -  1  04/06/01   JKS Minute Order re: Third Party plf is required to take action as to
                        case not at issue.  Third party plf to require an answer or apply for
                        default w/in 20 days.  cc: cnsl

    12 -  1  04/10/01   DEF 1; 3PP 1 Application for entry of default as to 3DF-1 w/att aff.

    13 -  1  04/11/01   Clerk's Notice entering default as to third-party defendant, Michelle
                        Dague. cc: cnsl, M. Dague
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0293--CV (JKS)
                              "LINDA TELLSWORTH ET AL V USA ET AL"

                                      For all filing dates


 Document #   Filed       Docket text

    14 -  1   04/12/01    DEF 1; 3PP 1 motion for default judgment.

    15 -  1   04/25/01    3DF 1 motion to stay of motion for entry of default.

    15 -  2   04/25/01    3DF 1 opposition to DEF 1; 3PP 1 motion for default judgment (14-1).

    16 -  1   04/25/01    JKS Order re: Dague's docketed as a mot to stay default judgment and an
                          oppo to the motion for default.  Dague to serve all parties in the
                          future pursuant to D. Ak. L.R. 7.1.  D. Smith shall furnish to Dague the
                          appropriate forms for requesting pro bono representation should Dague
                          wish to do so.

    17 -  1   04/26/01    JKS Minute Order re: Dague must file request for court appointed counsel
                          by 5/28/01, w/out the request the court assumes Dague is proceeding pro
                          se. The clerk shall send Dague forms USDCA 40, CJA 23, pro se Handbook.
                          cc: cnsl

    18 -  1   05/04/01    3DF 1 motion for appointment of counsel w/att financial aff.

    19 -  1   05/04/01    PLF 1-2; DEF 1; 3PP 1 Unopposed Motion for clarification of crt's ord at
                          dkt 16.

    20 -  1   05/09/01    JKS Order that def may defer responding to Dague's pleadings until the
                          question of her representation by counsel is resolved. cc: cnsl

    21 -  1   05/18/01    DEF 1 Final Witness List.

    22 -  1   06/12/01    JKS Order granting motion for appointment of counsel (18-1). Maria Elena
                          Walsh is request to fine a volunteer attorney to represent Plf and to
                          notify the court when & if counsel is secured.   cc: cnls, M. E. Walsh
                          w/cy of dkt & record.

    23 -  1   10/10/01    JKS Order that Michelle Dague will proceed pro se. cc: cnsl

    24 -  1   10/16/01    3DF 1 motion for appointment of counsel w/att exh.

    25 -  1   10/18/01    JKS Minute Order referring mot at dkt 24 to MJ Branson per MJ Rule 5 as
                          well as determining whether 3DF-1 should participate in civil disc. cc:
                          cnsl, MJ Branson

    26 -  1   10/31/01    AHB Minute Order that hrg re: request for appointment of cnsl and to
                          determine if 3P Def should participate in civil discovery is set 10:00
                          a.m, 11/27/01; 3P Def to participate telephonically.  cc: cnsl

    27 -  1   11/27/01    AHB Court Minutes [ECR: Denali Elmore] of hrg re: request for
                          appointment of cnsl (24-1) and to determin if 3DF Dague should
                          participate in civil discovery (held 11/27/01); crt directed PSLC to
                          contact Kevin Morford and inquire about any further pro bono
                          represenation of 3DF Dague; hrg cont to 10:00 a.m., 12/4/01; cnsl to
                          file stat report prior to next hrg.  cc: cnsl, PSLC

    28 -  1   11/29/01    DEF 1 Status Report.

    29 -  1   12/04/01    AHB Court Minutes [ECR: Robin Carter/Bonnie Boyer] of hrg re: 3DF Dagues
                          request for appointment of cnsl (24-1) and hrg to determine if 3DF
                          should participate in civil discovery (held 12/4/01); terminating in
                          light of this order: motion for appointment of counsel (24-1); crt

 ACRS: R_VDSDX                As of 10/31/05 at 4:24 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0293--CV (JKS)
                        "LINDA TELLSWORTH ET AL V USA ET AL"
```

|                               |
| ----------------------------- |
| For all filing dates          |

| Document # | Filed | Docket text |
| --- | --- | --- |
| | | instructed Mr. Morford to contact Pro Bono Program to find substitute cnsl for 3DF if case extends beyond 1/31/02; case will proceed w/o entry of appearance from Mr. Morford; Mr. Morford to file a report re: substitute cnsl by 1/4/02; crt instructed 3DF to file answer by 1/2/02. cc: cnsl, Judge Singleton, K. Morford |
| 30 - 1 | 12/28/01 | 3DF 1 Answer to Third-party Complaint. |
| 31 - 1 | 01/04/02 | 3DF 1 Report to court regarding efforts to obtain cnsl for 3DF. |
| 32 - 1 | 02/01/02 | 3DF 1 Attorney Appearance of Peter J. Maassen (INGALDSON) for third-party def Michelle Dague. |
| 33 - 1 | 02/06/02 | JKS Minute Order denying as moot motion for default judgment (14-1), motion to stay of motion for entry of default (15-1). cc: cnsl |
| 34 - 1 | 02/08/02 | JKS Minute Order re: status report due by 3/1/02. cc: cnsl |
| 35 - 1 | 03/01/02 | PLF 1-2 Status Report. |
| 36 - 1 | 03/06/02 | JKS (Amended) Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due on or before 5/16/02. cc: cnsl |
| 37 - 1 | 05/21/02 | PLF 1-2 Status Report and discovery needs. |
| 38 - 1 | 05/22/02 | JKS Minute Order that status rpt dated 5/21/02 is accepted; further report shall be filed by cnsl for plf on or before 7/15/02 unless closing papers are sooner filed. cc: cnsl |
| 39 - 1 | 07/25/02 | PLF 1-2 Status Report. |
| 40 - 1 | 08/16/02 | JKS Minute Order setting status conference for 08/26/02 at 1:30 p.m. cc: cnsl |
| 41 - 1 | 08/27/02 | JKS Court Minutes [ECR: Robin Carter] re stat conf held 08/26/02; further depos of Ms. Dague are stayed pending decision by the Ak Supreme Crt; once the Ak Supreme Crt rules, either party may req a stat conf. cc: cnsl |
| 42 - 1 | 01/26/04 | DEF 1 Status Report. |
| 43 - 1 | 01/29/04 | JKS Minute Order that stat rpt dated 01/26/04 is accepted; further stat rpt due by 07/26/04. cc: cnsl |
| 44 - 1 | 07/16/04 | DEF 1; 3PP 1 Attorney Substitution of Richard Pomeroy for Retta-Rae Randall. |
| 45 - 1 | 07/26/04 | DEF 1 Status report. |
| 46 - 1 | 07/29/04 | JKS Minute Order that further stat rpt due by 11/1/04. cc: cnsl |
| 47 - 1 | 11/12/04 | JKS Minute Order re def's status rpt was due 11/1/04, nothing has been fld; cnsl for def shall file status rpt due 12/10/04. cc: cnsl |
| 48 - 1 | 11/16/04 | PLF 1 Status Report. |
| 49 - 1 | 11/22/04 | JKS Minute Order that further stat rpt due by 1/18/05. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0293--CV (JKS)
                          "LINDA TELLSWORTH ET AL V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 50 - 1 | 02/02/05 | JKS Minute Order (2nd notice) re status report due 2/17/05. cc: cnsl |
| 51 - 1 | 02/09/05 | PLF 1-2 Status Report. |
| 52 - 1 | 02/09/05 | JKS Minute Order that further stat rpt due by 5/9/05. cc: cnsl |
| 53 - 1 | 06/17/05 | JKS Minute Order re no timely status rpt fld, cnsl to file status rpt w/in 15 days. cc: cnsl |
| 54 - 1 | 07/07/05 | PLF 1-2 Status Report. |
| 55 - 1 | 07/08/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 15 days from svc of this ord. cc: cnsl |
| 56 - 1 | 08/10/05 | JKS Minute Order re: (warning) initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 15 days from svc of this ord. cc: cnsl |
| 57 - 1 | 08/24/05 | PLF 1-2; DEF 1; 3PP 1; 3DF 1 Status Report. |
| 58 - 1 | 08/30/05 | JKS Minute Order that further stat rpt due by 12/1/05. cc: cnsl |