# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 LINDA TELLSWORTH, et al.    v.    UNITED STATES OF AMERICA 

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                   CASE NO.  3:00-CV-0293-JKS

 Dan Maus 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 4, 2006

  By order filed November 22, 2005 the court called upon the parties to file a further status report.  No report has been filed.  Counsel shall confer with one another and file the required status report on or before fifteen (15) days from the date of this minute order.

[]{IID2.WPD*Rev.12/96}