RECEIVED
JAN 1 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, individually, and as a Personal Representative of the Estate of KYLE TELLSWORTH, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MICHELLE DAGUE, <br><br> Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A00-0293 CV (JKS)

**PLAINTIFF'S STATUS REPORT**

This matter has been delayed for years as a result of defendant Dague's incarceration, appeal, retrial, and now post-sentencing appeal. Plaintiff's counsel has been advised by the prosecutor's office that there is one final issue on appeal which "should be resolved in the next few months." Thus, plaintiff's suggestion to the court is to revisit this matter on mid-April of 2006.

KAPOLCHOK LAW OFFICES, LLC
360 K STREET, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 278-8850 F: (907) 278-8860

DATED: January 19, 2006

*George M. Kapolchok*
George M. Kapolchok
Attorney for Plaintiff
Alaska Bar No.: 7510071

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2006, a true and correct copy of the foregoing was dispatched via U.S. Mail to:

Peter Maassen
Ingaldson Maassen
813 W. 3rd Ave.
Anchorage, AK  99501

Richard L. Pomeroy
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9 Room 253
Anchorage, AK  99513-7567

Kapolchok Law Offices, LLC

KAPOLCHOK LAW OFFICES, LLC
360 K STREET, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 278-8850 F: (907) 278-8860