# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  LINDA TELLSWORTH, et al.    v.    UNITED STATES OF AMERICA

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                         CASE NO.  3:00-CV-00293-JKS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: January 19, 2006

      The court has received a status report dated January 19, 2006. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before April 24, 2006, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}