**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, individually, and as a Personal Representative of the Estate of KYLE TELLSWORTH, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>MICHELLE DAGUE, )<br>)<br>Third-Party Defendant. )<br>_____) | Case No. 3:00-cv-0293-JKS |

### **PLAINTIFF'S STATUS REPORT**

This matter has been held in abeyance because the criminal matter of Michelle Dague continues.

The parties have discussed this matter and can report as follows:

- On January 31, 2006, oral argument was had before the Court of Appeals. No trustworthy estimate as to time of decision could be obtained.
- Once the court rules, two possible scenarios will follow, both of which will involve a remand with respect to sentencing.

The parties agree that a follow-up status report should be ordered in six months. If the criminal matter ends before that date, plaintiff will move to activate the matter and request a pretrial scheduling conference.


DATED: April 24, 2006         s/ George M. Kapolchok
                              George M. Kapolchok
                              Alaska Bar No.: 7510071
                              Attorney for Plaintiff


**CERTIFICATE OF SERVICE**
I hereby certify that on the 24th day
of April, 2006, a true and correct
copy of the foregoing was dispatched
telephonically to Peter Maassen,
and Richard Pomeroy.


s/ Gwen Jungwirth