MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Tellsworth, et al. v. United States of America*
Case No. 3:00-cv-00293-JKS

By:             THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:   Robin Carter, Case Management: 677-6127*

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court is in receipt of, and accepts, the status report submitted at **Docket No. 63**.

**IT IS THEREFORE ORDERED:**

The case remains **STAYED**. A further status report is due on or before **January 15, 2007**, unless closing papers are sooner filed.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: October 3, 2006

\*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.