NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, et al., | ) Case No. 3:00-cv-00293-JKS |
| Plaintiff, | ) **STATUS REPORT** |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |
| UNITED STATES OF AMERICA, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| MICHELLE DAGUE, | ) |
| Third-Party Defendant. | ) |

   This case has been held in abeyance because the criminal case against Michelle Dague continues.

As previously reported, the Alaska Supreme Court, in case S-12453, denied the petition to appeal last year's decision of the Alaska Court of Appeals which remanded the case to the superior court to allow the parties to litigate proposed aggravating factor AS 12.55.155(c)(5) before Ms. Dague is sentenced for manslaughter. The retrial of the aggravating factor is currently scheduled to be tried starting July 9, 2007.

Accordingly, counsel for defendant suggests that the stay in the present civil case should continue and that the parties provide this Court with an additional status report on or before August 15, 2007.

Respectfully submitted, this 28th of June, 2007.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2007,
a copy of the foregoing STATUS REPORT
was served electronically on George Kapolchok
and Peter Maassen.

s/ Richard L. Pomeroy