NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LINDA TELLSWORTH, et al., | ) | Case No. 3:00-cv-00293-JKS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHELLE DAGUE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Defendant/Third Party Plaintiff files the following status report.

This case has been held in abeyance because the criminal case against Michelle Dague

continues.

As previously reported, the Alaska Supreme Court , in case S-12453, denied the petition to appeal last year's decision of the Alaska Court of Appeals which remanded the case to the superior court to allow the parties to litigate proposed aggravating factor AS 12.55.155(c)(5) before Ms. Dague is sentenced for manslaughter. Ms. Dague pleaded guilty to the aggravating factor on July11, 2007. Her sentencing is scheduled for early October, 2007.

Accordingly, counsel for defendant suggests that the stay in the present civil case should continue and that the parties provide this Court with an additional status report on or before October 26, 2007.

Respectfully submitted, this 18th of July, 2007.

                                        NELSON P. COHEN
                                      United States Attorney

                                      s/Richard L. Pomeroy
                                      Assistant U.S. Attorney
                                      222 West 7th Ave., #9, Rm. 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-2344
                                      E-mail: richard.pomeroy@usdoj.gov
                                      Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2007,
a copy of the foregoing STATUS REPORT
was served electronically on George Kapolchok
and Peter Maassen.

s/ Richard L. Pomeroy