**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**
**Attorney for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, individually, and as a Personal Representative of the Estate of KYLE TELLSWORTH,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>UNITED STATES OF AMERICA,  )<br>)<br>Third-Party Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHELLE DAGUE,  )<br>)<br>Third-Party Defendant.  )<br>_____) | Case No. A00-0293 CV (JKS) |

### STATUS REPORT OF PARTIES

       Very recently State Superior Court Judge Phillip Volland made what appears to be the final ruling in the criminal matter involving Third Party Defendant

Michelle Dague.  The ruling was favorable to Ms. Dague, and all information available to the parties is that the prosecutors (State of Alaska) will not seek either reconsideration or review.  Thus, the criminal matter is concluded and the civil matter, suspended for so long, can now go forward.

The parties respectfully request 21 days to "dust off" their files, reacquaint themselves with the matter, and then meet in order to develop a discovery plan to be submitted for court approval.

DATED:  October 29, 2007          s/ George M. Kapolchok
                                  George M. Kapolchok
                                  Alaska Bar No.: 7510071
                                  Attorney for Plaintiff

DATED:  October 29, 2007          s/ Richard L. Pomeroy
                                  Richard L. Pomeroy
                                  Alaska Bar No.: 8906031
                                  Attorney for USA

DATED:  October 29, 2007          s/ Peter J. Maassen
                                  Peter J. Maassen
                                  Alaska Bar No.: 8106032
                                  Attorney for Michelle Dague

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2007, a copy of the foregoing was served electronically upon:

Peter Maassen
Ingaldson Maassen
813 W. 3rd Ave.
Anchorage, AK  99501

Richard L. Pomeroy
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC