**GEORGE M. KAPOLCHOK**
**KAPOLCHOK LAW OFFICES, LLC**
**360 K Street, Suite 100**
**Anchorage, Alaska 99501**
**Phone: (907) 278-8850**
**Fax: (907) 278-8860**
**E-mail: lawoffices@kapolchok.com**
**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, individually, and as a Personal Representative of the Estate of KYLE TELLSWORTH, ) ) ) | Case No. A00-0293 CV (JKS) |
| Plaintiff, ) ) | |
| vs. ) ) | **STATUS REPORT AND DISCOVERY PLAN** |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Third-Party Plaintiff, ) ) | |
| vs. ) ) | |
| MICHELLE DAGUE, ) ) | |
| Third-Party Defendant. ) | |

      Counsel for all parties have conferred and propose the following plan to move this matter toward completion of factual discovery, identification and preparation of experts, and certification of readiness for trial.

|  |  |
|---|---|
| **Close of Discovery** | June 1, 2008. Depositions of Ms. Dague (Arkansas), Ms. Tellsworth (California), and government medical personnel (to be located) were identified as primary. |
| **Identification of Experts** | June 1, 2008. |
| **Expert Reports** | July 1, 2008. |
| **Close of Expert Discovery** | August 15, 2008. |

DATED: November 20, 2007     s/ George M. Kapolchok
George M. Kapolchok
Alaska Bar No.: 7510071
Attorney for Plaintiff

DATED: November 20, 2007     s/ Richard L. Pomeroy
Richard L. Pomeroy
Alaska Bar No.: 8906031
Attorney for USA

DATED: November 20, 2007     s/ Peter J. Maassen
Peter J. Maassen
Alaska Bar No.: 8106032
Attorney for Michelle Dague

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2007, a copy of the foregoing document was served electronically upon:

Peter Maassen
Ingaldson Maassen
813 W. 3rd Ave.
Anchorage, AK  99501

Richard L. Pomeroy
Assistant U.S. Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of Alaska
222 W. 7th Ave., #9 Room 253
Anchorage, AK  99513-7567


/s/ Paula Beneke
Kapolchok Law Offices, LLC