NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, et al.,<br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br>            Defendant.<br><br>UNITED STATES OF AMERICA,<br>    Third-Party Plaintiff,<br><br>    vs.<br><br>MICHELLE DAGUE,<br>      Third-Party Defendant. | Case No. 3:00-cv-293-JKS<br><br>**STIPULATION REGARDING DISCOVERY AND REVISED PRETRIAL SCHEDULE** |

The parties, via undersigned counsel, submit this joint stipulation and proposed revised schedule for discovery in this matter. The parties agree to and

propose the following dates for expert discovery, witness lists, the close of discovery, and dispositive motions:

| | |
|---|---|
| October 17, 2008 | Identify Expert Witnesses |
| December 17, 2008 | Plaintiff's Expert Reports |
| January 16, 2009 | Defendant's Expert Reports |
| January 23, 2009 | Final Witness Lists |
| March 20, 2009 | Close of Discovery |
| March 31, 2009 | Dispositive Motions |

Dated: July 16, 2008.       NELSON P. COHEN
                            United States Attorney

                            s/ Gary M. Guarino
                            Assistant U. S. Attorney
                            222 West 7th Ave., #9, Rm. 253
                            Anchorage, AK 99513-7567
                            Phone: (907) 271-5071
                            Fax: (907) 271-2344
                            E-mail: gary.guarino@usdoj.gov
                            AK #8209092

Dated: July 16, 2008.       s/ George M. Kapolchok (consent)
                            Kapolchok Law Offices, LLC
                            Attorney for Plaintiff
                            360 K Street, Suite 100
                            Anchorage, AK 99501
                            Phone: (907) 278-8850
                            Fax: (907) 278-8860
                            E-mail: lawoffices@kapolchok.com
                            AK #7510071

Dated: July 16, 2008.

s/ Peter J. Maassen (consent)
Ingaldson, Maassen & Fitzgerald
Atty for Defendant Michelle Dague
813 W 3rd Avenue
Anchorage, AK 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
Email: peter@impc-law.com
AK #8106032

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008,
a copy of the foregoing STIPULATION
REGARDING DISCOVERY AND REVISED
PRETRIAL SCHEDULE was served electronically
on George Kapolchok and Peter Maassen.

s/ Gary M. Guarino