IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>　　Third-Party Plaintiff,<br><br>　vs.<br><br>MICHELLE DAGUE,<br><br>　　Third-Party Defendant. | Case No.  3:00-cv-293-JKS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY AND REVISED PRETRIAL SCHEDULE** |

　　　Based on the parties' Stipulation Regarding Discovery and PreTrial Schedule it is hereby ORDERED that the dates for discovery, witness lists, and dispositive motions are reset as follows:

　　　Identification of Experts:　　　October 17, 2008

　　　Plaintiff's Expert Reports:　　　December 17, 2008

| | |
|---|---|
| Defendant's Expert Reports: | January 16, 2009 |
| Final Witness Lists: | January 23, 2009 |
| Close of Discovery | March 20, 2009 |
| Dispositive Motions | March 31, 2009 |

_____                    _____
Date:                                         James K. Singleton
                                              United States District Court Judge