IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA TELLSWORTH, et al., | Case No.  3:00-cv-293-JKS |
| Plaintiffs, | |
| vs. | **ORDER**<br>**GRANTING STIPULATION**<br>**REGARDING DISCOVERY AND**<br>**REVISED PRETRIAL**<br>**SCHEDULE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Third-Party Plaintiff, | |
| vs. | |
| MICHELLE DAGUE, | |
| Third-Party Defendant. | |

Based on the parties' Stipulation Regarding Discovery and Pretrial Schedule it is hereby ORDERED that the dates for discovery, witness lists, and dispositive motions are reset as follows:

Identification of Experts:        October 17, 2008

Plaintiff's Expert Reports:        December 17, 2008

Defendant's Expert Reports:    January 16, 2009

Final Witness Lists:    January 23, 2009

Close of Discovery    March 20, 2009

Dispositive Motions    March 31, 2009

Dated this 17th day of July 2008.

                                            /s/ James K. Singleton, Jr.
                                           **JAMES K. SINGLETON, JR.**
                                           United States District Judge